UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eric Flores,

      Plaintiff,

v.                                                            Civil No. 15-1899 (JNE/JSM)
                                                                ORDER

United States Attorney General and
Federal Bueral [sic] of Investigation,

      Defendants.

This is one of many frivolous actions filed by Eric Flores in districts across the country. *E.g.*, *Flores v. U.S. Attorney Gen.*, Civil No. 3:15-217, 2015 WL 3949090 (D. Nev. June 29, 2015). In a Report and Recommendation dated June 8, 2015, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Flores's application to proceed in forma pauperis be denied, that the action be summarily dismissed, and that a filing restriction be placed on Flores. No objection to the Report and Recommendation has been made. The Court accepts the recommended disposition [Docket No. 11]. The Court directs the Clerk of Court to terminate Flores's motion to transfer. *See In re: Eric Flores Litig. (No. III)*, 38 F. Supp. 3d 1387 (J.P.M.L. 2014).

Therefore, IT IS ORDERED THAT:

    1.    Flores's application to proceed in forma pauperis [Docket Nos. 2 & 5] is DENIED.

    2.    This action is summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

    3.    Before Flores can file any further suits in this Court, he must first obtain written permission from the Court to do so. Therefore, the Clerk of Court

2

 shall not file, or respond to, any future submissions from Flores, except as directed by the Court.

4. The Clerk of Court shall terminate Flores's motion to transfer [Docket No. 7].

 LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 10, 2015

               s/Joan N. Ericksen
               JOAN N. ERICKSEN
               United States District Judge